*E-Filed  8/27/10*

<b>United States District Court</b><br/>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carla Florian Chen, | No. C 10-02112 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| Sun Microsystems, Inc. Comprehensive Welfare Plan, | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **October 28, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 4, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/27/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE