*E-Filed 10/1/10*

Robert F. Schwartz, SBN 227327
Michelle L. Schuller, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:  (415) 788-3111
E-mail;    rschwartz@truckerhuss.com
           mschuller@truckerhuss.com

Attorneys for Defendant Sun Microsystems, Inc.
Comprehensive Welfare Benefit Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA FLORIAN CHEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE BENEFIT PLAN, and DOES 1 through 50,<br><br>  Defendants. | Case No. C 10—2112 RS MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CARLA FLORIAN CHEN and Defendant SUN MICROSYSTEMS, INC. COMPREHENSIVE WELFARE PLAN, stipulate and agree, by and through their respective counsel, that the above-referenced action is hereby dismissed, with prejudice.  Except as may be agreed by the parties, each party shall bear her or its own attorney's fees and costs.

DATED: September 30, 2010               By: /s/ Kathryn C. Curry
                                            Kathryn C. Curry
                                            Attorneys for Plaintiff
                                            Carla Florian Chen

TRUCKER ✦ HUSS

DATED: September 30, 2010          By: /s/ Robert F. Schwartz
                                       Robert F. Schwartz
                                       Attorneys for Defendant Sun
                                       Microsystems, Inc. Comprehensive
                                       Welfare Plan

IT IS SO ORDERED.

DATED: ___10/1_____, 2010

_____
Honorable Richard Seeborg
United States District Judge

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104